ACCEPTED
03-15-00375-CV
6111063
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/17/2015 10:43:15 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00375-CV

_____

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/17/2015 10:43:15 AM
JEFFREY D. KYLE
Clerk

_____

ROBERT M. ZAPATA

***Appellant,***

**V.**

BANK OF AMERICA, N.A.

***Appellee.***

_____

From the County Court, Hays County, Texas
Trial Court No. 15-0173-C
Honorable Robert Updegrove, Judge Presiding

_____

### NOTICE OF APPEARANCE AS LEAD COUNSEL

_____

PLEASE TAKE NOTICE that Mark D. Hopkins of the law firm Hopkins Law, PLLC appears herein as lead counsel for Bank of America, N.A. pursuant to TEX. R. APP. P. 6. Please send all communication to the undersigned at the address below:

Mark D. Hopkins
Hopkins Law, PLLC
12117 Bee Caves Rd., Suite 260
Austin, Texas 78738
Phone: (512) 600-4320 Facsimile: (512) 600-4326
mark@hopkinslawtexas.com

Respectfully Submitted:

**HOPKINS & WILLIAMS, P.L.L.C.**

By:    */s/ Mark D. Hopkins*
          Mark D. Hopkins
          State Bar No. 00793975
          12177 Bee Caves Road, Suite 260
          Austin, Texas 78738
          Phone: (512) 600-4320
          Fax: (512) 600-4326
          mark@hopkinslawtexas.com

          ATTORNEY FOR BANK OF AMERICA, N.A.

## CERTIFICATE OF SERVICE

I herby certify that on this 17th day of July 2015, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court and will send a true and correct copy to the following counsel of record:

*Via facsimile: (888) 230-6397*
*& e-service: jgminerve@aol.com*
James Minerve
115 Saddle Blanket Trail
Buda, TX 78610

ATTORNEY FOR APPELLANT

          */s/ Mark D. Hopkins*
          Mark D. Hopkins